MILTON L'ECLUSE, Respondent, v. YOUNG & METZNER REALTY COMPANY, INC., Appellant.— Order of the Special Term modified by granting defendant's motion as to specific demands numbered I, IV, V, VI and VII; and as so modified the order is affirmed, without costs of this appeal. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

ELI MACKTA and ABRAHAM B. MACKTA, Respondents, v. LOUIS POSNER and REBECCA COHEN, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

CHARLES MASTROCOLA, Respondent, v. GIUSEPPE ADELIZZI and ROSA ADELIZZI, Appellants.— Judgment of the County Court of Queens county reversed, and complaint unanimously dismissed on the merits, with costs. Findings of fact made by the trial court in favor of plaintiff numbered II, III, IV, V and VII, and conclusions of law numbered IX, X and XI are reversed and rescinded. The record shows that plaintiff did not reveal to his principals the fact that he intended to purchase this property for himself, as he was under a duty to do. The record shows that he produced a dummy purchaser, who was concededly acting in behalf of the plaintiff in an effort to obtain the defendants' property for the plaintiff's personal gain. This act amounted to fraud, and deprived plaintiff of the right to a conveyance of the property. (See *Dickinson* v. *Tysen*, 209 N. Y. 395, 400, 401; *Low* v. *Woodbury*, 107 App. Div. 298, 299; *Carman* v. *Beach*, 63 N. Y. 97, 100; *Beatty* v. *Guggenheim Exploration Co.*, 223 id. 294, 304.) Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

JOHN L. MEYER, Respondent, v. LAURA A. MEYER, Defendant. HENRY WELSING, Impleaded, Co-respondent, Appellant.— We do not concur in the opinion expressed by the justice at Special Term, that the order vacating the judgment as against the appellant here is void. Order affirmed, without costs. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

NEW ROCHELLE AGENCY, INC., Respondent, v. LEONARD C. KETCHUM and Another, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

NEW ROCHELLE AGENCY, INC., Respondent, v. LEONARD C. KETCHUM and Another, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

WILLIAM J. O'MARA, Respondent, v. J. B. WALLACE CO., INC., and Others, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JONAS